IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN GENNOCK, | ) | 1:11-CV-982 AWI SMS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER VACATING OCTOBER 3, 2011, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| LUCAS ENERGY, INC, and DOES 1-20, inclusive, | ) ) ) | |
| Defendant. | ) ) | |

    Defendant has filed a Rule 12(b)(3) motion to dismiss. Hearing on the motion is set for October 3, 2011. The Court has received and reviewed all of the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 3, 2011, is VACATED, and the parties shall not appear at that time. As of October 3, 2011, the Court will take Defendant's motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: September 27, 2011

                                      CHIEF UNITED STATES DISTRICT JUDGE