Case 1:11-cv-00982-AWI-BAM Document 23-1 Filed 08/31/12 Page 1 of 2



|   |   |
|---|---|
| 1 | Jeffrey W. Shields, Bar No. 109920 |
|   | Rick A. Varner, Bar No. 160403 |
| 2 | John H. Kay, Bar No. 268776 |
|   | SHIELDS LAW OFFICES |
| 3 | 1920 Main Street, Suite 1080 |
|   | Irvine, California 92614 |
| 4 | (949) 724-7900; Fax (949) 724-7905 |
|   | e-mail: jeff@shieldslawoffices.com |
| 5 |   |
| 6 | Attorneys For Defendant |
|   | Lucas Energy, Inc. |

FILED
SEP 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| JUSTIN GENNOCK, | Case No. 1:11-CV-00982-AWI-BAM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] |
| vs. | ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| LUCAS ENERGY, INC., et al., |  |
| Defendants. | [No Hearing Required] |

      WHEREAS, plaintiff JUSTIN GENNOCK ("Plaintiff") and defendant LUCAS ENERGY, INC. ("Defendant") having submitted to the Court their "Stipulation For Dismissal Of Entire Action With Prejudice" (the "Stipulation For Dismissal"); and

      WHEREAS, Plaintiff and Defendant have represented in the Stipulation For Dismissal that they have reached a complete settlement of their respective disputes in the above action (the "Action"), and that the terms of such settlement have been documented in a separate fully executed written settlement agreement between them (the "Settlement Agreement"); and

22231

1    WHEREAS, Plaintiff and Defendant have further represented and agreed in their Stipulation For Dismissal that the terms of such Settlement Agreement provide, among other things: (1) for the dismissal of the entirety of the Action with prejudice; and (2) that both Plaintiff and Defendant expressly agree to and request that this Court retain jurisdiction over the parties hereto for the purpose of enforcing all of the terms of the Settlement Agreement, should such enforcement become necessary, including without limitation, pursuant to the provisions of California Code of Civil Procedure § 664.6;

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1.  The entirety of this Action is hereby dismissed with prejudice; and

2.  This Court shall nonetheless retain jurisdiction to enforce all of the terms of the Settlement Agreement between Plaintiff and Defendant, should such enforcement become necessary, including without limitation, pursuant to the provisions of California Code of Civil Procedure § 664.6.

DATED: Sept 4, 2012

_____
JUDGE OF THE UNITED STATES DISTRICT COURT